# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN and ERIN SMITH | Case No.: 21cv224 MMA (WVG) |
| Plaintiffs, | DECLARATION OF SERVICE |
| v. | |
| CITY OF SAN DIEGO, et al., | |
| Defendants. | |

I, the undersigned, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individuals on the service list attached hereto the following documents:

**JOINT MOTION FOR PROTECTIVE ORDER**

I served each of the above referenced documents via email on the following parties:

Bryan Pease, Esq.           bryan@bryanpease.com
*Attorneys for Plaintiffs*

Executed: August 26, 2021, at San Diego, California.

_____
SHELLEY CARTER