UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>    Defendant. | Case No.:  21-CV-224-MMA(WVG)<br><br>**ORDER FOLLOWING DISCOVERY CONFERENCE** |

The Court held a discovery conference on November 3, 2021. At issue were Defendant's responses to Plaintiff's Special Interrogatories 18, 19, and 20. The Court directed Plaintiff to define a term used in each of these interrogatories and directed Defendant to provide supplemental responses on or before November 8, 2021. Finally, the Court issued an Amended Scheduled Order that extended the deadline to join parties, amend pleadings, or file additional pleadings.

DATED: November 3, 2021

_____
Hon. William V. Gallo
United States Magistrate Judge