UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN *et al.*,<br><br>                                    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>                                    Defendant. | Case No.:  21-CV-224-MMA(WVG)<br><br>**ORDER RESETTING VIDEO MANDATORY SETTLEMENT CONFERENCE** |

On November 3, 2021, this Court scheduled a Mandatory Settlement Conference ("MSC") in this matter for March 29, 2022 at 9:00 a.m. (Doc. No. 26.) On December 29, 2021, the Court converted the in-person MSC to a Zoom video conference. (Doc. No. 37.) Due to changes in the Court's availability, and having consulted with counsel for both parties, the Court hereby RESETS the March 29, 2022 MSC to **Friday, March 25, 2022 at 9:00 a.m.** No other dates in the operative Amended Scheduling Order (Doc. No. 26.) or the Court's December 29, 2021 Order (Doc. No. 37) shall be modified, including the March 22, 2022 deadline to lodge settlement statements and all participants' appearances and

/ / /

/ / /

/ / /

1 | contact information for purposes of the Video MSC on Friday, March 25, 2022 at 9:00 a.m.

2 | **IT IS SO ORDERED.**

3 | DATED: January 21, 2022

Hon. William V. Gallo
United States Magistrate Judge