UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN *et al.*,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>　　　　　　　　　Defendant. | Case No.: 21-CV-224-MMA-WVG<br><br>**ORDER RESETTING MANDATORY SETTLEMENT CONFERENCE** |

　　　Due to a change in its availability, the Court RESETS the June 3, 2022 Mandatory Settlement Conference to **June 7, 2022 at 2:00 p.m.** in the chambers of Magistrate Judge William V. Gallo. Counsel shall submit settlement statements **directly to chambers** no later than **May 31, 2022**. No other dates as set forth in the Court's March 9, 2022 Order Granting Motion to Modify Scheduling Order will be disturbed. (Doc. No. 41.)

　　　**IT IS SO ORDERED.**

DATED: May 24, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. William V. Gallo
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

21-CV-224-MMA-WVG