UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 21-cv-224-MMA (WVG)<br><br>**ORDER GRANTING EX PARTE MOTION FOR LEAVE OF COURT TO ALLOW DEFENDANT TO FILE AN EXHIBIT THAT IS NOT ABLE TO BE E-FILED**<br><br>[Doc. No. 50] |

　　　Pending before the Court is Defendant City of San Diego's ("Defendant") ex parte motion to allow it to file exhibits that cannot be e-filed in support of its Motion for Summary Judgment. *See* Doc. Nos. 47, 50. Upon due consideration, good cause appearing, the Court **GRANTS** the motion. Defendant may file its video files in support of its Motion for Summary Judgment pursuant to Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

　　　**IT IS SO ORDERED.**

Dated:  October 28, 2022

　　　　　　　　　　　　　　　　　　　　　_/s/ Michael M. Anello_
　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　United States District Judge