# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANDY LIEN, et al.,<br><br>　　　　　　　　　Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 21-cv-224-MMA (WVG)<br><br>**ORDER GRANTING UNOPPOSED EX PARTE MOTION FOR LEAVE OF COURT TO ALLOW PLAINTIFFS TO FILE AN EXHIBIT THAT IS NOT ABLE TO BE E-FILED**<br><br>[Doc. No. 56] |

　　　Pending before the Court is Plaintiffs Mandy Lien and Erin Smith's ("Plaintiffs") unopposed ex parte motion to allow them to file exhibits that cannot be e-filed in support of their Opposition to Defendants' Motion for Summary Judgment. *See* Doc. Nos. 54, 56. In their motion, Plaintiffs state that "they informed Defendants that this ex parte application would be filed and served [on November 30, 2022] with the video exhibits on flash drive, which Defendants agreed was fine." Doc. No. 56 at 2.

　　　Upon due consideration, good cause appearing, the Court **GRANTS** the motion. Plaintiffs may file their video files in support of their Opposition to Defendants' Motion

for Summary Judgment pursuant to Electronic Case Filing Administrative Policies and Procedures Manual § 2(k).

**IT IS SO ORDERED.**

Dated:  December 1, 2022

HON. MICHAEL M. ANELLO
United States District Judge